Mortgage & Acceptance Corporation, Plaintiff in Error, v. Mary E. Gregory, Defendant in Error.

*J. V. Walton* and *C. E. Flynn,* for Plaintiff in Error.

*Gardiner & Gardiner,* for Defendant in Error.

Crosel Properties, et al., Appellants, v. Biscayne Trust Company as Trustee, Appellee.

*Morris & Myers,* for Appellant;

*Burdine, Terry & Fleming,* for Appellee.

A. S. Skinner, et al., Appellants, v. Anna S. Clark, et al., Appellees.

*John F. Burkett,* for the motion.